# UNITED STATES DISTRICT COURT
for the
Northern District of California




FILED
JAN 05 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. CR12-00001 RMW |
| Martimiano Toledo-Ruiz | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/5/12

Martimiano Toledo R.
*Defendant's signature*

*Signature of defendant's attorney*

Cynthia C. Lie
*Printed name of defendant's attorney*

*Judge's signature*

PAUL S. GREWAL
*Judge's printed name and title*
U.S. MAGISTRATE JUDGE

I, Ana De trinidad, hereby certify that I am a certified Spanish-language interpreter and that I accurately translated this Waiver of Indictment to the defendant in the presence of his/her attorney.

Date: 12/27/11

*Interpreter's signature*